UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br>JAMES MAZON (1),<br><br>                              Defendant. | Case No.: 18cr1059-CAB<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO REDUCE SENTENCE [Doc. No. 251.]** |

On May 8, 2020, defendant James Mazon filed a motion for sentence reduction pursuant to 18 U.S.C sec. 3582(c)(1)(A)(i). [Doc. No. 251.] Section § 3582(c)(1)(A) requires that a defendant "fully exhaust all administrative rights to appeal" before bringing a motion to the district court. A defendant is first required to make a request of the BOP to file the motion for release on the defendant's behalf.  If the BOP refuses, or does not act on the defendant's request within 30 days, the statute authorizes the defendant to file the motion with the district court.

The defendant has not demonstrated that he sought relief through the Bureau of Prisons before submitting his request directly to the court. Exhaustion is a jurisdictional predicate to court's ability to consider the merits of the request.  The motion is denied without prejudice to reconsideration once the defendant establishes he has satisfied the

/ / / / /

1

1  exhaustion requirement.

2  **IT IS SO ORDERED.**

3  Dated: May 11, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge